| | AUSA: | Patrick E. Corbett | Telephone: | (313) 226-9703 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Douglas J. Brozick | Telephone: | (248) 828-7584 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan



United States of America
v.

## OLALERE OLAYEMI AFOLAYAN

Case No. 2:17-mj-30679

AMENDED
**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 8/21/14 through 9/23/14 _____ in the county of _____ Oakland _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Attempt conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

\* See Attached Affidavit

FILED

DEC 2 1 2017

CLERK'S OFFICE
U.S. DISTRICT COURT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Douglas J. Brozick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/21/17__

_____
*Judge's signature*

City and state:  Detroit, Michigan

David R. Grand
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Douglas J. Brozick, Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

1.      This affidavit is filed in support of an arrest warrant and criminal complaint charging OLALERE OLAYEMI AFOLAYAN ("AFOLAYAN") for committing violations of Title 18, U.S.C. Sections 1028A (aggravated identity theft), 1343 (wire fraud), and 1349 (attempt and conspiracy to commit wire fraud) (collectively, "the Specified Federal Offenses") in connection with a "Business Email Compromise" ("BEC") conspiracy to defraud Laurence Tisdale, ("Tisdale"), Flagstar Bank ("Flagstar"), and Larc Properties Inc. ("Larc Properties") of approximately $677,970, and that defrauded them of $364,630.[1]

2.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, U.S.C. Section 2510(7). In particular, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, U.S.C. Section 2516.

3.      I have been a SA in the FBI since 2007. I am currently assigned to the squad within the Detroit Division that investigates cyber crime, which includes

---

[1] Three of AFOLAYAN's wire transfer requests were submitted in pounds sterling ("GBP"). To calculate the attempted and actual losses, the FBI has converted the GBP amounts to U.S. dollars pursuant to the GBP to U.S. dollar exchange rate that prevailed at the time of the requested transfers.

1

matters related to computer intrusion (i.e. "hacking"), fraud and related activity in connection with access devices, and fraud perpetrated over the Internet. Beyond my training with the FBI, I have a Bachelor's degree in Business Administration with a concentration in Information Technology (IT), four years of experience as an IT Systems Analyst, and two years of experience as a Cyber Crime Analyst.

4.     The facts set forth in this affidavit are based on knowledge obtained from oral and written communications with others who have personal knowledge of the events and circumstances described herein; review of public source information; records received via legal process; other law enforcement officials; and other investigative activity.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that AFOLAYAN has committed violations of the Specified Federal Offenses in connection with BEC conspiracy to defraud Tisdale, Larc Properties, and Flagstar.

## PROBABLE CAUSE

**A.    Overview**

6.     Between at least August 21, 2014 and September 23, 2014, AFOLAYAN and others participated in a conspiracy to defraud Tisdale, Flagstar, and Larc Properties by fraudulently inducing employees of Flagstar to wire-transfer money from Tisdale's personal bank account with Flagstar (the

"Tisdale Bank Account") to foreign bank accounts specified by AFOLAYAN. As part of this criminal scheme, AFOLAYAN exploited information from Tisdale's compromised email account at Larc Properties ([Redacted]@larcproperties.com) [2] to create spoof email accounts (@larcproperties.net)[3] that mimic those used by Larc Properties' employees. AFOLAYAN further used the spoof addresses (@larcproperties.net) to impersonate Larc Properties' employees in requests that fraudulently induced Flagstar to wire money from the Tisdale Bank Account to foreign bank accounts specified by AFOLAYAN. AFOLAYAN used several means for identifying Tisdale in the fraudulent wire transfer requests that he sent to Flagstar, including Tisdale's name, bank account number, address, and signature.

7. Between August 21, 2014 and September 23, 2014, AFOLAYAN attempted to wire approximately $677,970 through four (4) distinct wire transfer requests to Flagstar (collectively, "the Wire Transfer Requests"). Flagstar ultimately processed two of AFOLAYAN's fraudulent Wire Transfer Requests,

---

[2] Some names, identifiers, and sensitive information (e.g., details regarding unrelated wire transfers) have been redacted to protect the confidentiality of victims and innocent third-parties.

[3] On August 23, 2014, the spoof email domain name of larcproperties.net was registered at Web4Africa.net with the registrant information of Jack Cunningham, 16245 Cape Horn Blvd., Punta Gorda, FL 33955. The FBI interviewed a "Jack Cunningham" associated with that address, who denied any role in the domain's registration and reports to have had his identity stolen in 2006.

which led to unauthorized transfers of $279,000 and $85,630 on August 25, 2014 and September 2, 2014 respectively.

8. As explained below, AFOLAYAN used the email account of jmsbond101@yahoo.com to register the spoof email domain (@larcproperties.net), and communicate with co-conspirators in furtherance of a BEC scheme to defraud Flagstar, Tisdale, and Larc Properties. For instance, AFOLAYAN (via jmsbond101@yahoo.com) communicated extensively with the user of another Yahoo email account ("CC1") to plan the commission of various acts integral to executing this BEC scheme, including planning how to submit wire transfer requests to Flagstar, prepare letters of authority ("LOA") from Tisdale, and establish international bank accounts to receive fraudulent transfers from Tisdale's Bank Account. Yahoo chat logs show AFOLAYAN and CC1 also collaborated on the precise wording of fraudulent wire transfer requests. In furtherance of this BEC fraud, AFOLAYAN also conspired with the user of at least a second Yahoo email account ("CC2") regarding certain details of the scheme, including the identification of the foreign bank accounts to receive the fraudulent wire transfers.

**B. Initial Investigation and Identification of AFOLAYAN**

9. AFOLAYAN's BEC scheme targeted the personal bank account of Tisdale, who is the Chief Executive Officer ("CEO") of a real estate business named Larc Properties, Inc. (currently Larc Community Development Group)

4

headquartered in Southfield, Michigan. Larc Properties owned and operated the domain name of larcproperties.com, and Tisdale used an email account hosted at that domain.

10. On August 25, 2014, an employee at Flagstar's headquarters in Troy, Michigan ("Flagstar Employee 1") received an email request from someone who purported to be Larc Properties' Chief Financial Officer ("CFO") and used a spoof email account at [Redacted]@larcproperties.net (as opposed to Larc Properties' legitimate domain at @larcproperties.com). The email stated that Tisdale was out of town, and requested that Flagstar provide the account balances for two of Tisdale's personal accounts and wire funds from the Tisdale Bank Account. It purported to also carbon copy Tisdale by adding the spoof email account for him at larcproperties.net (as opposed to @larcproperties.com). Flagstar Employee 1 responded that she could not assist with the wire request since it involved Tisdale's personal account, and referred the emailer to their branch employees for further assistance. However, Flagstar Employee 1 did provide balances for the requested accounts. Later that day, a Flagstar branch employee at Farmington Hills, Michigan ("Flagstar Employee 2") received a separate email from the spoof email account for Larc Properties' CFO ([Redacted]@larcproperties.net) requesting the account balances for the same Tisdale accounts, and the execution of the same wire transfer. After exchanging more emails over several hours, Flagstar Employee 2

5

processed a wire transfer request of $279,000 from the Tisdale Bank Account to

"The Hongkong and Shanghai Banking Corporation Limited" (HSBC), Hong

Kong, Account No. 658098918838, Account Name "HEPU Science & Technology

Co., Limited" (collectively, "the HSBC transfer").

11.     On August 30, 2014, a spoof email account at larcproperties.net sent a

different Flagstar branch employee ("Flagstar Employee 3") a similar request to

wire 100,000 British Pounds ($166,024[4]) to an account with the National

Westminster Bank ("NatWest"). Flagstar Employee 3 did not respond to this

request and no wire transfer was processed.

12.     On September 2, 2014, Flagstar Employee 2 received a third wire

transfer request from the spoof email account for Larc Properties' CFO

([Redacted]@larcproperties.net), and processed another wire transfer of $85,630

(50,000 British Pounds) from the Tisdale Bank Account to "Natwest Bank,"

United Kingdom, Account No. 81681887, Account Name "Laurence Tisdale"

(collectively, the "NatWest transfer").

13.     On September 23, 2014, a spoof email account at larcproperties.net

sent yet another email to Flagstar Employee 2 requesting the transfer of 90,000

GPB ($147,316)[5] from the Tisdale Bank Account to a NatWest bank account.

---

[4] The exchange rate on August 30, 2014 was $1 USD to 0.602319 GBP.

[5] The exchange rate on September 23, 2014 was $1 USD to 0.610929 GBP.

During efforts of Flagstar Employee 2 to verify this request's authenticity, it became apparent that these requests were all fraudulent. A wire transfer was not processed for this request.

14. On September 26, 2014, Flagstar notified me of the fraudulent Wire Transfer Requests, and the unauthorized wire transfers from the Tisdale Bank Account.

15. On September 30, 2014, I met with Tisdale and a third-party Information Technology (IT) Consultant who advised Larc Properties. The IT Consultant provided me with documents relating to his investigation of the unauthorized wire transfers from the Tisdale Bank Account. The documents showed the spoof domain of larcproperties.net was registered at Web4Africa.net with the registrant information as Jack Cunningham, 16245 Cape Horn Blvd, Punta Gorda, FL 33955, jmsbond101@yahoo.com. The documents also showed the domain name was registered on August 23, 2014.

16. Tisdale reported that suspicious IP addresses were used to log into and compromise his e-mail account at larcproperties.com in advance of the fraudulent wire transfers. Documents from Larc Properties' IT Consultant showed that an unauthorized Internet Protocol ("IP") address successfully logged into Tisdale's

7

email account on August 21, 2014 at 12:55:45 AM EST.[6] After the unauthorized

intrusion, the login records show unsuccessful attempts by Tisdale to login to his

account from an authorized IP address at the office on August 21, 2014 from

8:45:21 AM EST through 8:52:55 AM EST. Based on my training and experience,

I suspect that the unauthorized intruder changed Tisdale's password around

12:55:45 AM EST and, thereby, prevented Tisdale from accessing his account the

following morning.

17. Tisdale further explained to me that a hacker who logged into his

account would have had access to significant amounts of highly-personal

information, including his Flagstar bank account information, the names of

Flagstar bank employees who regularly assist with his email requests, as well as

the names of his employees at Larc Properties who make contact with the bank.

18. On or about October 29, 2014, a SA from the FBI's Tampa Division

interviewed a person named "Jack Cunningham" located in the Punta Gorda,

Florida area. Cunningham advised that he previously resided at 16245 Cape Horn

Blvd, Punta Gorda, FL 33955, which was used to register the spoof domain of

larcproperties.net on August 23, 2014. Cunningham denied registering the spoof

---

[6] The logs also show that an unauthorized IP address unsuccessfully tried to login to Tisdale's account with an invalid password on August 21, 2014 1:34:58 AM EDT. Based on my training and experience, I suspect that this failed login reflects an attempt by the user of the unauthorized IP address to verify that the user had, in fact, changed the password to lock Tisdale out from his own account.

domain of larcproperties.net, using or seeing the email account of

jmsbond101@yahoo.com, or having heard of Larc Properties.

19.     On October 2, 2014, I received an email from Flagstar Bank

Corporate Security that attached copies of the wire transfer request forms that were

exchanged between Flagstar and the spoof accounts at larcproperties.net on August

25, 2014 and September 2, 2014.  Flagstar Bank Corporate Security reported to me

that, at the request of the spoof accounts, Flagstar Employee 2 filled-out and

emailed the wire transfer forms to the spoof accounts for Tisdale's signature.

Flagstar Bank Corporate Security further advised that the spoof accounts returned

signed wire transfer forms that affixed replicas of Tisdale's actual signature.

20.     Based on my training and this investigation, I believe that this

apparent intrusion into Tisdale's email account was likely part of a broader

"Business Email Compromise" ("BEC") scam.  As the FBI recently explained in a

June 14, 2016 Public Service Announcement, No. I-061416-PSA, BEC scams

comprise a growing array of sophisticated, highly lucrative schemes that often

involve a network of cybercriminals who use computer intrusion techniques to

compromise legitimate business email accounts, and subsequently exploit sensitive

information gleaned from the accounts to conduct unauthorized transfers of funds.

Based on my training and experience, I also know that many BEC scams involve a

network of "money mules" in foreign countries, such as Nigeria, who act as

intermediaries to fraudulent transfers that ultimately reach banks in Asia, including those in China and Hong Kong.

21.     In the present BEC scheme, as explained below, there is probable cause to believe that AFOLAYAN used Tisdale's legitimate email account ([Redacted]@larcproperties.com) to identify individuals and protocols needed to facilitate fraudulent wire transfers, such as information relating to the Tisdale Bank Account, the names and email addresses of the Larc Properties employees who are normally involved in executing wire transfers, and the Flagstar bank employees who typically assist with processing Tisdale's email requests to wire money. Based on this information, AFOLAYAN and other co-conspirators created a fake email domain (larcproperties.net) that mimicked the actual email domain of Larc Properties (larcproperties.com), and synthesized the information uncovered from Tisdale's email account to generate fraudulent wire transfer requests. AFOLAYAN, in turn, used the spoof email accounts at larcproperties.net to send the fraudulent wire transfer requests to the appropriate Flagstar employees. Further, AFOLAYAN and other co-conspirators arranged to have the proceeds of fraudulent Wire Transfer Requests sent to preferred international bank accounts.

### a.     AFOLAYAN Used Various Email Accounts to Conspire to Defraud Flagstar, Tisdale, and Larc Properties

22.     The FBI's investigation has revealed that AFOLAYAN used the Yahoo email account of jmsbond101@yahoo.com to identify potential victims,

register the spoof domain of larcproperties.net, and communicate with co-conspirators regarding the execution of a scheme to defraud Flagstar, Tisdale, and Larc Properties. AFOLAYAN is believed to have also used the alias "Jack Cunningham" to register the domain of larcproperties.net, and attempted to compromise Tisdale's legitimate email account at larcproperties.com from the email address of jkcunningham101@gmail.com and laurrent.verdes@gmail.com. As explained above, AFOLAYAN further used the spoof email accounts at larcproperties.net to transmit fraudulent wire transfer requests to Flagstar employees. Additional details regarding the investigation of AFOLAYAN's conduct is set forth below.

*Jmsbond101@yahoo.com Participates in a BEC Scheme to Defraud Tisdale, Flagstar, and Larc Properties*

23. On January 27, 2015, Magistrate Judge David R. Grand, United States District Court for the Eastern District of Michigan, issued a search warrant to Yahoo for the e-mail account at jmsbond101@yahoo.com. Magistrate Judge Mona K. Majzoub, United States District Court for the Eastern District of Michigan, issued a warrant to Yahoo on August 29, 2017 that authorized an additional search of the email account of jmsbond101@yahoo.com. Collectively, the results of the two searches of jmsbond101@yahoo.com are referred to as the "Yahoo returns."

24. My review of the Yahoo returns confirmed that the account of jmsbond101@yahoo.com was used to register the domain at larcproperties.net on

11

August 23, 2014, and test the functionality of the spoof email accounts that were hosted at that domain. As explained in detail below, the Yahoo returns additionally show that jmsbond101@yahoo.com conspired with CC1 and CC2, among others, via email and Yahoo chat messages[7] to plan and execute the BEC scheme to defraud Flagstar, Tisdale, and Larc Properties, before, during, and after the fraudulent HSBC and Natwest transfers.

*Jmsbond101@yahoo.com Gains Unauthorized Access*
*to Tisdale's Legitimate Email Account At Larcproperties.com*

25. On August 21, 2014, jmsbond101@yahoo.com sent Yahoo chat messages to the Yahoo email account of CC1 that boast of gaining access to Tisdale's legitimate email account at larcproperties.com, and appears to transmit the contents of emails that Larc Properties had previously sent to Flagstar to initiate wire transfers from Tisdale's personal bank accounts to business partners. Larc Properties has produced emails that confirm the authenticity of the stolen wire transfer requests. For example, jmsbond101@yahoo.com sent one message to CC1 that stated "Pls transfer [Redacted] from Larry's checking account to savings and wire [Redacted] to [Redacted]. Thx. [Redacted], CFO Larc Properties, Inc.

---

[7] The Yahoo returns include chat messages involving jmsbond101@yahoo.com that are dated between 2014 and 2016. Many of these messages are written in the language of Nigerian Pidgin, which is an English-based pidgin and creole language spoken commonly across Nigeria.

[Redacted]." Another message from jmsbond101@yahoo.com provided, in relevant part, "[Flagstar Employee 2], Attached is a request for transfer of funds as outlined in the letter. Please let us know if you have any questions. [Redacted,] Acting Controller LarC Properties, Inc. [Redacted]." CC1 responded to these messages with enthusiastic utterances, such as "wooooow!!!!!," and prompted jmsbond101@yahoo.com to disclose how he obtained the messages. In a succession of messages, jmsbond101@yahoo.com replied that "Na the Larry guy email I get . . . the owner of the company." In context, I believe the "Larry guy email" refers to Tisdale's email account. In addition, jmsbond101@yahoo.com noted that "i filter am before e signout..[,]" which is likely a reference to filtering Tisdale's email to show messages of interest.

26.     As part of the chats, jmsbond101@yahoo.com and CC1 also plotted how to exploit the information gleaned from Tisdale's legitimate email account at larcproperties.com to wire money from the Tisdale Bank Account. For instance, in one message, jmsbond101@yahoo.com noted that they needed to sign a letter of authority ("LOA") in Tisdale's name for Flagstar to initiate the wire transfers. In addition, jmsbond101@yahoo.com detailed how they needed to get a spoof domain "close to" @larcproperties.com that could serve as a "lookalike domain for Larry and the CFO." CC1 and jmsbond101@yahoo.com also discussed how much to withdraw from the Tisdale Bank Account, and how best to transmit their fraudulent

wire transfer requests to Flagstar.  The account of jmsbond101@yahoo.com further

directed CC1 to contact someone to prepare the international bank account(s) that

would be needed to receive fraudulent transfers.

*Jmsbond101@yahoo.com Creates and Tests Spoof Email Accounts*

27.    On August 23, 2014, jmsbond101@yahoo.com received emails from

Web4Africa.net confirming that "Jack Cunningham" created the domain

"larcproperties.net" using jmsbond101@yahoo.com.[8]  To verify the functionality

of the spoof accounts, jmsbond101@yahoo.com also exchanged test emails with

the spoof email account for Larc Properties' CFO ([Redacted]@larcproperties.net)

on August 25, 2014 and September 2, 2014, and the spoof email account for

Tisdale ([Redacted]@larcproperties.net) on September 2, 2014.

*Jmsbond101@yahoo.com and CC1 Draft Fraudulent Wire Transfer Requests*

28.    The Yahoo returns also revealed that jmsbond101@yahoo.com and

CC1 worked closely together to induce the fraudulent HSBC transfer on August

25, 2014.  Indeed, Yahoo chat logs reveal that jmsbond101@yahoo.com often sent

to CC1 the text of email conversations between Flagstar and the spoof email

account for Larc Properties' CFO.  After many of these messages,

jmsbond101@yahoo.com and CC1 engaged in extended discussions about how to

deceive Flagstar into processing their fraudulent wire transfer requests.  In certain

---

[8] In a Yahoo chat dated August 31, 2014, the user of jmsbond101@yahoo.com
identified "Jack Cunningham" as his "work name."

instances, the messages they drafted via Yahoo chat were ultimately sent to

Flagstar from AFOLAYAN's spoof email account for Larc Properties' CFO.

Flagstar has produced emails confirming the receipt of these messages.

29.    For instance, jmsbond101@yahoo.com and CC1 discussed how to

word a wire transfer request to Flagstar from the spoof email account for Larc

Properties' CFO.  They agreed on the following text:

> Larry needs to wire some fund out from his savings account ending in
> [REDACTED] and his checking account ending in [REDACTED].
> What are the current available balances in those accounts? What does
> he need to do to initiate the wire as he is currently out of town. I am
> with him so I can fax a signed letter of authorization with his
> signature. I would have call you for this but we are quite busy and no
> access to phone at the moment. Larry wants you to fix a date next
> week to meet and discuss about some possible investment and
> contributions.

30.    An email produced by Flagstar shows that Flagstar Employee 1

received the above-recited message on August 25, 2014.

31.    Thereafter, jmsbond101@yahoo.com shared Flagstar's response with

CC1:

> Hi [First Name of CFO], > > In order to request a wire transfer under
> your circumstances, we would need > the wire instructions for the
> receiving party(ies). We then create a form > that Larry would need to
> sign. Would he be available to print , sign and > scan the form right
> back? Unfortunately, a letter is not sufficient. Please > advise. > > The
> account balances are –[REDACTED] $[REDACTED] –
> [REDACTED] $[REDACTED]. > > > > Thank you, > >

32.     The jmsbond101@yahoo.com account also shared with CC1 the following email from the spoof email account for Larc Properties' CFO:

> Hi [Flagstar Employee 2], The email was meant for you. Larry needs to wire some funds out from his checking account to his account in UK and also to make a part payment for a investment condo purchase in Hongkong, Will like you to process the one to hongkong now. Below is the wire instruction: ACCOUNT NAME: HEPU SCIENCE & TECHNOLOGY CO., LIMITED COMPANY ADDRESS: 283 QUEEN ROAD, CENTRAL HONGKONG. BANK NAME: THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED BANK ADDRESS: 1 QUEEN ROAD, CENTRAL HONGKONG. BANK CODE: 004 ACCOUNT NUMBER: 658098918838 SWIFTCODE: HSBCHKHHHKH Amount to wire: $279,000 USD Please email me the form for Larry"s [sic] signature. Thanks

33.     CC1 and jmsbond101@yahoo.com continued to exchange additional messages regarding their BEC scheme to defraud Flagstar, Tisdale, Larc Properties, and others in the days and months after the HSBC and NatWest Transfers.

### Jmsbond101@yahoo.com Conspires With CC2 to Defraud Flagstar, Tisdale, and Larc Properties

34.     The account of jmsbond101@yahoo.com contains Yahoo chats and emails that show this BEC fraud involved other co-conspirators, including CC2. For instance, Yahoo chats between jmsbond101@yahoo.com and CC1 allude to consulting with "[First Name]" of CC2 before contacting Flagstar, and suggest "[First Name]" of CC2 may have some role in setting-up the international bank accounts used to receive fraudulent wire transfers.

35.     The Yahoo returns for the jmsbond101@yahoo.com account also showed that it sent at least five email messages regarding the HSBC and NatWest transfers to the Yahoo email account that is believed to be associated with CC2.

36.     On August 29, 2014, jmsbond101@yahoo.com sent an email to CC2 under the subject line "FROM MAJOR" that included two PDF attachments. One attachment was a copy of the completed Flagstar wire transfer request form for the HSBC transfer dated August 25, 2014. This PDF was identical to the document that, as explained above, Flagstar Bank Corporate Security provided to me on October 2, 2014. The other attachment contained email communications between a Flagstar financial representative and the spoof account for Larc Properties' CFO regarding the bank codes and information about the HSBC transfer.

37.     On September 9, 2014, jmsbond101@yahoo.com sent an email to CC2 under the subject line "MAJOR" that contained two PDF attachments. One attachment was a wire transfer confirmation, dated September 2, 2014, for the NatWest transfer. The other attachment contained email communications regarding the HSBC transfer that were exchanged between Flagstar Employee 2 and the spoof email account for Larc Properties' CFO on September 8, 2014.

38.     On September 10, 2014, jmsbond101@yahoo.com sent an email to CC2 under the subject line "FROM MAJOR. BANK MANAGER'S REPLY" that included one PDF attachment. The attachment contained email communications

17

between a Flagstar Employee 2 and the spoof email account for Larc Properties'

CFO, dated September 10, 2014, regarding the status of the HSBC transfer.

39.     On September 12, 2014, jmsbond101@yahoo.com sent an email to

CC2 under the subject line "TRACER" that included two PDF attachments.  One

attachment contained email communications regarding the HSBC transfer that

were exchanged between Flagstar Employee 2 and the spoof email account for

Larc Properties' CFO on September 10 and 11, 2014, .  The Flagstar branch

manager reported that the beneficiary of the transfer received $278,991.60 on

August 26, 2014.  The other attachment was a notice, dated September 11, 2014,

confirming the key elements of the HSBC transfer – *i.e.*, the transfer of $279,000

from Tisdale's personal Flagstar account to the HSBC account.

*Additional Efforts to Defraud Flagstar, Tisdale, and Larc Properties*

40.     On September 23, 2014, one of AFOLAYAN's spoof accounts

(@lacrproperties.net) sent a fourth fraudulent wire transfer request to Flagstar.  On

that same day, the email account of jkcunningham101@gmail.com sent apparent

"spear phishing"[9] emails to the real email accounts (@larcproperties.com) of

---

[9] Spear-phishing is an email or electronic communication scam targeted towards a
specific individual, organization or business. Although often intended to steal data
for malicious purposes, cybercriminals may also intend to install malware on a
targeted user's computer.

Tisdale and another employee of Larc Properties.  The email to Tisdale states in

relevant part:

> Hi Larry,
>
> This message contains a property closing document delivered via
> GoogleDoc. View the document by clicking here
> <http://heathhelmassociates.net/g/1/>.

41.     In my experience, this message resembles a spear-phishing email

because it appears to contain a link to a fake document intending the recipient to

click on it for malicious purposes.

42.     On the same day, another employee of Larc Properties received a

similar spear-phishing email message from laurrent.verdes@gmail.com, subject

line "Laurent just shared a file (Property Closing)" and the body:

> Hi [Redacted],
> This message contains a document delivered via GoogleDoc.
> View the document by clicking here
> <http://retelay.com/g/g/gg1/gg2/googledocss/sss>.

43.     Search warrant returns for jmsbond101@yahoo.com,

jkcunningham101@gmail.com,[10] and laurrent.verdes@gmail.com suggest that

AFOLAYAN is responsible for sending these apparent spear-phishing attacks.  As

an initial matter, the handle of jkcunningham101 parallels the self-described "work

---

[10] On January 27, 2015, Magistrate Judge David R. Grand, U.S. District Court for
the Eastern District of Michigan, issued a search warrant to Google for the e-mail
accounts jkcunningham101@gmail.com and laurrent.verdes@gmail.com.

name" of "Jack Cunningham," which the user of jmsbond101@yahoo.com

identified in a Yahoo chat on August 31, 2014.

44. Further, the Google document that was sent by

jkcunningham101@gmail.com uses a root folder

(http://healthhelmassociates.net/…) that is shared by files that

jmsbond101@yahoo.com sent to CC1 earlier that day. In addition, the IP

addresses used to log into jmsbond101@yahoo.com overlap with IP addresses that

were used to access jkcunningham101@gmail.com and

laurrent.verdes@gmail.com on certain days. For example, on November 20, 2014,

IP address No. 41.58.120.62 logged into jkcunningham101@gmail.com,

laurrent.verdes@gmail.com, and jmsbond101@yahoo.com.

*Additional and Ongoing Fraudulent Conduct of jmsbond101@yahoo.com*

45. The Yahoo returns of jmsbond101@yahoo.com revealed additional

fraudulent activity by jmsbond101@yahoo.com and other co-conspirators before,

during and after their acts to defraud Tisdale, Larc Properties, and Flagstar.

46. For instance, in August 2014, CC1 and jmsbond101@yahoo.com also

exchanged Yahoo chat messages about other apparent BEC schemes that resemble

the scheme to defraud Tisdale, Larc Properties, and Flagstar. For instance, in one

Yahoo chat log, jmsbond101@yahoo.com directed CC1 to "create a lookalike"

email for the account of a potential victim who transacted business with a financial

advisor located in Farmington Hills, Michigan.  The Yahoo chat log also appeared to show that jmsbond101@yahoo.com sent a message containing the contents of the victim's emails to her financial advisor.  It also shows that CC1 sent a message to jmsbond101@yahoo.com confirming the creation of a lookalike email account that used a different provider (@aol.com).

47.    Further, between 2014 and 2017, jmsbond101@yahoo.com has repeatedly sent and received Personally Identifiable Information (PII) of others, such as bank account numbers, usernames and passwords for online bank accounts, security questions and corresponding answers for online bank accounts, scanned checks, driver's license cards, and debit and credit card numbers.

48.    For example, on August 10, 2017, the Yahoo returns revealed that jmsbond101@yahoo.com received an email from a Google mail account under the subject line "Wels [sic]" that included highly-sensitive bank account information of another potential victim, including account holder name, bank address, account holder address, Wells Fargo account number, routing number, user name and password, and security questions with corresponding answers.  On July 25, 2017, the Yahoo returns revealed that jmsbond101@yahoo.com received a similar email from another email account with the subject "BOA" and email body of an account holder name, account holder address, account holder date of birth, Bank of

21

America account numbers, routing number, user name and password, and security questions with corresponding answers.

49. In addition, on December 2, 2016, jmsbond101@yahoo.com sent an email to a hotmail.com account with the subject "check" and the message body listing instructions to modify the scanned check attached to the email containing the amount of $58,984.04. The instructions were to replace the account holder's name and address, remove the date, change the check number, remove the payee, remove the signature, and hand write "VOID" on the check. The hotmail.com account sent an email to jmsbond101@yahoo.com with the requested changes on the same day.

**b. AFOLAYAN'S Use of jmsbond101@yahoo.com**

50. Based on this investigation, there is probable cause to believe that OLALERE OLAYEMI AFOLAYAN is the user of jmsbond101@yahoo.com based on, among others, emails and chats that suggest his name is Olalere Afolayan, and other personal details disclosed by the user of jmsbond101@yahoo.com that match information disclosed in U.S. B1/B2 visa applications (Business & Tourism) of AFOLAYAN dated October 19, 2017 (collectively, "AFOLAYAN's 2017 Visa Application"), July 27, 2016 ("AFOLAYAN's 2016 Visa Application"), December 9, 2014 ("AFOLAYAN's 2014 Visa Application"), and November 14, 2013 ("AFOLAYAN's 2013 VISA

Application"), and the U.S. B1/B2 application of AFOLAYAN's wife, Quidrat Odunayo Afolayan (collectively, "QUIDRAT's 2017 Visa Application"). A summary of significant attribution information is set forth below.

51.   <u>GTB Olalere Afolayan.</u>  On September 20, 2015, another Yahoo account requested that jmsbond101@yahoo.com provide his bank account number to complete a transaction.  The user of jmsbond101@yahoo.com provided the account number and stated, in relevant part, "GTB Olalere Afolayan."  Based on the investigation and the context, I believe that "GTB Olalere Afolayan" is referring to the Nigerian-based Guaranty Trust Bank account in the name of OLALERE OLAYEMI AFOLAYAN.

52.   <u>Telephone Number.</u>  AFOLAYAN's 2014, 2016, and 2017 Visa Applications list a telephone number of 08093788202.  That is the same telephone number that jmsbond101@yahoo.com has previously provided to six different users of Yahoo email accounts in chat messages dated between September 2014 and November 2015.

53.   <u>References to "Olalere" and "Lere".</u>  Yahoo chats involving jmsbond101@yahoo.com show that other Yahoo account users addressed jmsbond101@yahoo.com as "Lere" during the period between 2014 and 2016. Further, in an auto-generated confirmation email dated March 10, 2015, Smile

Communications Nigeria Ltd. addresses the user of jmsbond101@yahoo.com as "Olalere."

54. Happy Birthday Messages. On April 23, 2014, another Yahoo account wished the user of jmsbond101@yahoo.com a "Happy Birthday Boss" on the day (April 23) that AFOLAYAN listed as his birthday in the AFOLAYAN's 2017 Visa Application. Further, in a chat message that jmsbond101@yahoo.com sent on March 4, 2015, he mentions traveling to Dubai for his wife's birthday on the date of birth (March 14) identified on QUIDRAT's 2017 Visa Application.

55. Travel and Work History. In AFOLAYAN's 2017 Visa Application, AFOLAYAN indicated that he "studied Electrical Engineering in Romania, and did some networking work. Recent PT to UAE [United Arab Emirates] and Romania as a family, H previously had studied in Romania." These facts are consistent with chat messages sent by other Yahoo accounts to jmsbond101@yahoo.com in 2014 and 2015 that allude to jmsbond101@yahoo.com traveling to or residing in Romania. The account of jmsbond101@yahoo.com also sent chat messages that mention traveling with his family to Dubai, which is the most populous city in the UAE.

56. Use of the "Major" Moniker: In AFOLAYAN's 2017 Visa Application, AFOLAYAN also claims to be the owner and CEO of an engineering business called "MAJOR COOPERATION ENGINEERING LIMITED." This

name resembles the usernames of "majorcode101", "majorcode120",

"majorcode121", "majorcode122," and "majorpink2005" that

jmsbond101@yahoo.com provided to six different users of Yahoo email accounts

between April 2015 and December 2015. Each of these usernames were used as

handles for email addresses and/or login credentials to web sites. In addition, the

Yahoo returns show that the owner and/or user of the jmsbond101@yahoo.com

account once listed majorcode0110@gmail.com as a secondary or recovery email

address. Further, between August 29 and September 10, 2014,

jmsbond101@yahoo.com also sent records relating to the HSBC and NatWest

transfers to the Yahoo account associated with CC2 using subject lines of "FROM

MAJOR," MAJOR," and "FROM MAJOR. BANK MANAGER'S REPLY."

AFOLAYAN's 2013 Visa application also identified majorpink2005@yahoo.com

as AFOLAYAN's primary contact email. That matches Yahoo chat logs of

jmsbond101@yahoo.com, which show its user sending Yahoo correspondence on

February 21 and March 4, 2015 that identify majorpink2005@yahoo.com as a

username for automobile web sites.

57. <u>Nigerian National</u>: AFOLAYAN's self-identification as a Nigerian

national in AFOLAYAN's 2017 Visa Application is also consistent with Yahoo

chat logs, which show that the user of jmsbond101@yahoo.com regularly

conversed in Nigerian Pidgin and repeatedly referenced activities in Nigeria.

Further, IP addresses used to log into jkcunningham101@gmail.com, laurrent.verdes@gmail.com, and jmsbond101@yahoo.com may be traced to Nigeria.

## C.   Additional Information Regarding AFOLAYAN's Travel

58.   In AFOLAYAN's 2017 Visa Application, he seeks approval to enter the United States on December 23, 2017 for a period of 10 days. AFOLAYAN claims to be self-financing the trip, and provides no contacts within the United States beyond listing the Econo Lodge located at 2934 Polynesian Isle Blvd., Kissimmee, FL 34746.

59.   AFOLAYAN used the following passport photo in his 2017 Visa Application:



**D.**     **Conclusion**

Based on the aforementioned information and my training and experience, there is therefore probable cause to believe that Olalere Afolayan ("AFOLAYAN") has used various email accounts and other tools, jmsbond101@yahoo.com, to commit violations of the Specified Federal Offenses in connection with BEC conspiracy to defraud Tisdale, Larc Properties, and Flagstar.

Douglas J. Brozick, Special Agent
Federal Bureau of Investigation

Sworn to before me this 21st day of December 2017

DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

27