UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

17-30679

v.

OLALERE OLAYEMI AFOLAYAN
Defendant.

## MOTION AND ORDER TO SEAL COMPLAINT
## AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the

Complaint, Arrest Warrant, and all attendant papers for the reason that the defendant

may flee prior to appearance on the complaint.

FILED

DEC 2 1 2017

CLERK'S OFFICE
U.S. DISTRICT COURT

Respectfully submitted,

DANIEL L. LEMISCH
Acting United States Attorney

Patrick E. Corbett
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Patrick.corbett@usdoj.gov
313-226-9703
P41182

**IT IS SO ORDERED.**

David R. Grand
United States Magistrate Judge

Entered:  12/21/17