UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                Criminal No. 2:17-mj-30679

Olalere Olayemi Afolayan,
    Defendant.
_____/

## MOTION TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Jerome F. Gorgon Jr., United States Attorney, and Davin M. Reust, Assistant United States Attorney, both for the Eastern District of Michigan, and respectfully requests the Court unseal all documents in the above-entitled cause because the defendant has been arrested and extradited to the United States.

**WHEREFORE,** the government respectfully requests that the above-captioned case be unsealed.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Davin M. Reust*
Davin M. Reust  P81395
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
davin.reust@usdoj.gov
(313) 226-0206

Dated: October 17, 2025